| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Adriane Jean Arreola** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–1540** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | _____ <br> First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Utah** | | |
| Case number:   **15–29615   KRA** | Chapter 7 | Petition date: 10/13/15 |

## Order of Discharge                                                                              12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Adriane Jean Arreola

   1/19/16                                                   **By the court:**   Kevin R. Anderson
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                               page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of Utah

In re:  
Adriane Jean Arreola  
    Debtor

Case No. 15-29615-KRA  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 1088-2      User: mkz      Page 1 of 2      Date Rcvd: Jan 19, 2016  
                     Form ID: 318      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2016.

```
db             +Adriane Jean Arreola,    1171 East 1080 South, Apt 120,    Provo, UT 84606-7107
10009833       +Bonneville Collections,    6026 Fashion Point Dr,    South Ogden, UT 84403-4851
10009837       +Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
10009838       +Experian,    P.O. Box 9701,    Allen, TX 75013-9701
10009840       +Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
10009846      #+Liberty Acquisitions Servicing,    7100 W. 44th Ave. Sutie 109,    Wheat Ridge, CO 80033-4701
10009849       +Nevada West Financial,    P.O. Box 94703,    Las Vegas, NV 89193-4703
10009851       +Ryan Bolander,    P.O. Box 17210,    Golden, CO 80402-6020
10009854        TransUnion Consumer Solutions,    P.O. Box 2000,    Chester, PA 19022-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
10009834       +Fax: 602-659-2196 Jan 20 2016 01:16:19      Chex Systems,    Attn: Customer Relations,
                 7805 Hudson Rd Ste. 100,    Woodbury, MN 55125-1703
10009835       +EDI: WFNNB.COM Jan 20 2016 00:43:00      Comenity Bank/Lnbryant,    4590 E Broad St,
                 Columbus, OH 43213-1301
10009836       +EDI: CONVERGENT.COM Jan 20 2016 00:43:00      Convergent Outsourcing,    800 Sw 39th St,
                 Renton, WA 98057-4975
10009839       +E-mail/Text: bankruptcy@expressrecovery.com Jan 20 2016 00:56:25      Express Recovery Svcs,
                 2790 S Decker Lake Dr,    Salt Lake City, UT 84119-2057
10009841       +EDI: HFC.COM Jan 20 2016 00:43:00      Hsbc Bank,    PO Box 9,    Buffalo, NY 14240-0009
10009842       +EDI: IIC9.COM Jan 20 2016 00:43:00      Ic Systems Inc,    PO Box 64378,
                 Saint Paul, MN 55164-0378
10009843        EDI: IRS.COM Jan 20 2016 00:43:00      Internal Revenue Service,
                 Centralized Insolvency Operations,    P.O. Box 7346,    Philadelphia, PA 19101-7346
10009844       +EDI: RMSC.COM Jan 20 2016 00:43:00      JC Penney,    PO BOX 960090,    Orlando, FL 32896-0090
10009845       +E-mail/Text: bureauknight@yahoo.com Jan 20 2016 00:56:20      Knight Adjustment Bure,
                 404 E 4500 S Ste A34,    Murray, UT 84107-2710
10009847       +E-mail/Text: wendy@mountainlandcollections.com Jan 20 2016 00:56:50
                 Mountainland Collections,    PO Box 1280,    American Fork, UT 84003-6280
10009848       +E-mail/Text: bkclerk@north-american-recovery.com Jan 20 2016 00:56:34      N.A.R. Inc,
                 1600 W 2200 S Ste 410,    West Valley City, UT 84119-7240
10009850       +EDI: PRA.COM Jan 20 2016 00:43:00      Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,
                 Norfolk, VA 23502-4962
10009852       +EDI: RMSC.COM Jan 20 2016 00:43:00      Syncb/Care Credit,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
10009853       +EDI: RMSC.COM Jan 20 2016 00:43:00      Syncb/JCP,    PO Box 965007,    Orlando, FL 32896-5007
10011096        EDI: RECOVERYCORP.COM Jan 20 2016 00:43:00       Tosh, Inc. dba Check City,
                 Care of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
10009855        EDI: UTAHTAXCOMM.COM Jan 20 2016 00:43:00      Utah State Tax Commission,
                 Attn: Bankruptcy Unit,    210 N 1950 W,    Salt Lake City, UT 84134-3340
10009856       +EDI: WESTASSET.COM Jan 20 2016 00:43:00      West Asset Management,    2703 N Highway 75,
                 Sherman, TX 75090-2567
                                                                                               TOTAL: 17
```

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2016                                                                  Signature: /s/Joseph Speetjens

```
District/off: 1088-2          User: mkz              Page 2 of 2            Date Rcvd: Jan 19, 2016
                              Form ID: 318           Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 19, 2016 at the address(es) listed below:
              Andrew T Curtis    on behalf of Debtor Adriane Jean Arreola atc@lincolnlaw.com,
               lincolnlaw.orem.atc@gmail.com,ecf.ut.t6@sitekitmail.com,ecf.ut.t7@sitekitmail.com,
               ecf.ut.t8@sitekitmail.com,ecf.ut.t9@sitekitmail.com,ecf.ut.t10@sitekitmail.com
              Kenneth A. Rushton tr    KRus8416@aol.com, UT01@ecfcbis.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                            TOTAL: 3
```